# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| **Ruyan Jia, Jiacheng Jiang**<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>**United States Department of Homeland Security; United States Citizenship and Immigration Services; Los Angeles Asylum Office; David Radel,** in his official capacity as Director of the Los Angeles Asylum Office; **Alejandro Mayorkas**, in his official capacity as Secretary, Department of Homeland Security; **Ur M. Jaddou**, in her official capacity as Director, U.S. Citizenship and Immigration Services; **Ted H. Kim,** in his official capacity as Associate Director of Refugee, Asylum, and International Operations; **Matthew D. Emrich,** in his official capacity as Associate Director of USCIS Fraud Detection and National Security Directorate; **Christopher A. Wray,** in his official capacity as Director of Federal Bureau of Investigations<br><br>　　　　Defendants. | Case No.: 2:24-cv-04214 – FMO-SSC<br><br>ORDER |

UPON CONSIDERATION OF the parties Stipulated Motion to Dismiss Without Prejudice, and the entire record, the Motion is hereby GRANTED.

Dated: September 3, 2024    　　/s/ Fernando M. Olguin
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER - 1